March 7, 2009

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
Room 520
New York, NY 10004-14

## AFIDAVIT TO INCLUDE CREDITOR

**FROM:** Ligia-Adriana Gianella
857 Ninth Avenue, 2B
New York, NY 10019
Case # 08-14955
Fee Waiver Granted 12/12/2008

This is to request to amend my bankruptcy petition to include the following creditor inadvertently left out from my original file.

**CREDITOR:** MACY'S - Account # 15-263-80-526-0 - Balance: $594.00

Address:
MACY'S
P.O. Box 183083
Columbus, Ohio 43218-3083

Enclosed:
1. Fee Filling Waiver
2. *Letter to Macy's*
3. USPS for Certified Mail, Return Receipt Requested delivery.

*[signature]*
Ligia-Adriana Gianella

B3B (Official Form 3B)(12/07)

# United States Bankruptcy Court
## Southern District of New York

In re: __Ligia-Adriana Gianella__    Case No. __08-14955 (RDD)__
        Debtor(s)                     Chapter __7__

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ X ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[ ] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
    (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

                                          BY THE COURT:

DATE:  New York, New York
       December 12, 2008          __/s/ STUART M. BERNSTEIN__
                                  United States Bankruptcy Judge